ORDER:
Motion granted.

*E. Clifton Knowles*
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM HOPKINS BREWER, ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner of Social Security, ) <br> Defendant. ) | CASE NO.: 3:13-00128 <br> JUDGE NIXON <br> MAGISTRATE JUDGE KNOWLES |

**DEFENDANT'S MOTION FOR LEAVE TO FILE RESPONSE
BRIEF EXCEEDING PAGE LIMITATION, PURUSANT TO LR7.01(a)**

Comes now the undersigned Assistant United States Attorney, pursuant to LR7.01(a), to request leave of the Court to file Defendant's response brief which exceeds the Court's twenty-five (25) page limitation. Defendant's response brief is twenty-eight (28) pages in length which was necessary in order to properly respond to Plaintiff's Motion and Brief for Judgment on the Administrative Record (Docket Entry 11).

Wherefore, Defendant respectfully requests that this Court permit the entry of the attached response brief.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

BY: s/ S. Delk Kennedy
S. DELK KENNEDY
Assistant United States Attorney
B.P.R. 009799
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151